**LAW OFFICE OF SHARON L. LAPIN**
Sharon L. Lapin, California Bar No. 165919
110 Loch Lomond Drive, Suite 9b
San Rafael, CA 94901
(415) 258-1651
Email:       lapinlaw@juno.com

Attorney for Plaintiffs
FRANK WILLIAMS and CINDY WILLIAMS

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        james.goldberg@bryancave.com
              tom.nanney@bryancave.com

Attorneys for Defendants
BANK OF AMERICA CORPORATION, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WILLIAMS and CINDY WILLIAMS<br><br>            Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA fka COUNTRYWIDE HOME LOANS; COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERIDIAN CAPITAL, INC.; ANATOLY STAVCHANSKY; JEFF WIND; and DOES 1-20 inclusive,<br><br>            Defendants. | Case No. 2:09-CV-03060-JAM-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA CORPORATION, COUNTRYWIDE HOME LOANS, INC. D/B/A AMERICA'S WHOLESALE LENDER AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-144]** |

## STIPULATION

This Stipulation is entered into by Plaintiffs FRANK WILLIAMS and CINDY WILLIAMS (collectively, "Plaintiffs") and Defendants BANK OF AMERICA CORPORATION ("BoA"), COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER ("CHL") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS").

WHEREAS, on November 4, 2009, Plaintiffs filed a Complaint in this Court;

WHEREAS, pursuant to Local Rule 6-144(a), on November 24, 2009, Plaintiffs, on the one hand, and BoA, CHL and MERS, on the other hand, agreed to a 30-day extension of time for BoA, CHL and MERS to file their response to the Complaint;

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiffs have granted BoA, CHL and MERS a 30-day extension until December 24, 2009 to respond to the Complaint, and the parties now seek this Court's approval;

NOW, THEREFORE, Plaintiffs, on the one hand, and BoA, CHL and MERS, on the other hand desire and hereby **STIPULATE** that BoA, CHL and MERS shall have until, and including, December 24, 2009 to respond to Plaintiffs' Complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  November 25, 2009

**LAW OFFICES OF SHARON L. LAPIN**
Sharon L. Lapin

By:  /s/ Sharon L. Lapin
    Sharon L. Lapin
    Attorney for Plaintiffs
FRANK WILLIAMS and CINDY WILLIAMS

Dated:  November 25, 2009

**BRYAN CAVE LLP**
James Goldberg
Thomas E. Nanney

By:  /s/ James Goldberg
    James Goldberg
    Attorneys for Defendants
BANK OF AMERICA fka COUNTRYWIDE HOME LOANS, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having reviewed the Stipulation of Plaintiffs FRANK WILLIAMS and CINDY WILLIAMS, and Defendants BANK OF AMERICA CORPORATION, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and good cause appearing, IT IS ORDERED THAT Defendants BANK OF AMERICA CORPORATION, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC shall have until, and including, December 24, 2009 to respond to the Complaint in this matter.

Dated: 11/30/2009                          /s/ John A. Mendez
                                           U.S. District Court Judge
                                           United States District Court
                                           Eastern District of California

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

KC01DOCS\978795.1                      3
                              STIPULATION TO EXTENSION OF TIME TO RESPOND
PDF created with pdfFactory trial version www.pdffactory.com