**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
E-mail:  james.goldberg@bryancave.com
    tom.nanney@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone, III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-mail:  reboone@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER and BAC HOME LOANS SERVICING, L.P. (erroneously sued as Bank of America f/k/a Countrywide Home Loans)

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WILLIAMS AND CINDY WILLIAMS<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A. f/k/a COUNTRYWIDE HOME LOANS, AMERICA'S WHOLESALE LENDER, MERIDIAN CAPITAL, INC., ANATOLY STAVCHANSKY, WILLIAM J HAND JR., JEFFREY B WIND and DOES 1-20 inclusive,<br><br>  Defendants. | Case No. 2:09-cv-03060-JAM-JFM<br><br>**ORDER ALLOWING COUNSEL FOR DEFENDANTS TO TELEPHONICALLY ATTEND MOTION HEARING**<br><br><br>Honorable John A. Mendez<br>Date:   May 19, 2010<br>Time:  9:30 a.m.<br>Ctrm:  6,  501 "I" St.,<br>    Sacramento, CA<br>Date Action Filed:  November 3, 2009<br>Trial Date:    Not set |

Bryan Cave LLP
Two embarcadero center, suite 1410
san Francisco, ca 94111-3907

KC01DOCS\996769.1

ORDER ALLOWING TELEPHONIC ATTENDANCE AT MOTION HEARING – 2:09-CV-03060-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the written request by co-counsel for defendants Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender and BAC Home Loans Servicing, L.P. (erroneously sued as Bank of America f/k/a Countrywide Home Loans) (collectively, "Defendants") to telephonically attend the motion hearing set for set for May 19, 2010, at 9:30 a.m., this Court hereby grants such request.

Counsel for Defendants, James Goldberg, shall be called at (415) 675-3425.

Dated: May 5, 2010

/s/ John A. Mendez
The Honorable John A. Mendez
Judge of the U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com